# UNITED STATES BANKRUPTCY COURT
## Northern DISTRICT OF ILLINOIS

In re ___Juantaine L. Lacey___   Case No. __05-11306__
                 Debtor         Chapter __13__

## APPLICATION TO PAY FILING FEES IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ ___194.00___ in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment for transfer any property for services in connection with this case until the Filing Fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

   $ ___25.00___ Check one  ☑ With the filing of the petition, or
                             ☐ On or before _____

   $ ___56.33___ on or before 04/21/05
   $ ___56.33___ on or before 05/20/05
   $ ___56.34___ on or before 06/21/05

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____   _____    _Juantaine R. Lacey_   _3/28/05_
Signature of Attorney      Date       Signature of Debtor    Date
                                      (In a joint case, both spouses must sign.)

_____              _____   _____
Name of Attorney                      Signature of Joint Debtor (if any)   Date

---

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. I also certify that I will not accept money or any other property from the debtor before the filing fee is paid in full.

_____   _____
Printed or Typed Name of Bankruptcy Petition Preparer   Social Security No.

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____   _____
Signature of Bankruptcy Petition Preparer    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156*

---



3-28-05         AZAAAKAQ         **KENNETH S. GARDNER**         3